UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN SEALES,

    Plaintiff,

v.

Police Officer, THOMAS ZBERKOT,
individually and in his official capacity,

    Defendant.

_____/

Case No.: 12-cv-11679
Honorable Gershwin A. Drain

**VERDICT FORM**

F I L E D
JUL 27 2018
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

**We the Jury answer the questions as follows:**

## I.   CONSTITUTIONAL VIOLATION

A) Did Defendant Thomas Zberkot violate Plaintiff Marvin Seales's Fourth Amendment right to be free from continued detention?

   __X__ Yes                                    _____ No

If your answer is "Yes," continue to subpart B of this section.

If your answer is "No," skip to Roman Numeral II, entitled "False Imprisonment."

B) What is the total amount of compensatory damages you will award to Plaintiff Marvin Seales as a result of Defendant Thomas Zberkot's violation of his Fourth Amendment right to be free from continued detention?

Compensatory Damages $ 750,000

If you awarded Plaintiff compensatory damages, skip subpart C and continue to subpart D.

If you did not award compensatory damages, continue to subpart C.

C) If you found that Plaintiff Marvin Seales's Fourth Amendment right to be free from continued detention was violated by Defendant Thomas Zberkot, but he suffered no injury or harm and is not entitled to compensatory damages, you must award nominal damages in the amount of one dollar.

Nominal Damages $ _____

Continue to subpart D

D) What is the amount of punitive damages, if any, that should be awarded against Defendant Thomas Zberkot as a result of violating Plaintiff Marvin Seales's Fourth Amendment right to be free from continued detention?

Punitive Damages $ 1,500,000

Continue to Roman Number II

## II. FALSE IMPRISONMENT UNDER STATE LAW

A) Did Defendant Thomas Zberkot falsely imprison Plaintiff Marvin Seales?

__X__ Yes  _____ No

If your answer is "Yes," continue to subpart B of this section.

If your answer is "No," skip to Roman Numeral III, entitled "False Arrest."

B) What is the total amount of compensation you award to Plaintiff Marvin Seales as a result of Defendant Thomas Zberkot falsely imprisoning Plaintiff Marvin Seales?

$ 500,000

Continue to Roman Number III

## III. FALSE ARREST UNDER STATE LAW

A) Did Defendant Thomas Zberkot falsely arrest Plaintiff Marvin Seales under state law?

____X____ Yes            _____ No

If your answer is "Yes," continue to subpart B of this section.

If your answer is "No," skip to Roman Numeral IV, entitled "Gross Negligence."

B) What is the total amount of compensation you award to Plaintiff Marvin Seales for Defendant Thomas Zberkot falsely arresting him?

$ __250,000__

Continue to Roman Numeral IV

## IV. GROSS NEGLIGENCE UNDER STATE LAW

A) Did Defendant Thomas Zberkot commit gross negligence with conduct or a failure to act that was so reckless that it demonstrated a substantial lack of concern and which proximately caused the detention and/or arrest of Plaintiff Marvin Seales?

____X____ Yes            _____ No

If your answer is "Yes," continue to subpart B of this section.

If your answer is "No," your deliberations are complete.

B) What is the total amount of damages you award to Plaintiff Marvin Seales as result of the gross negligence of Defendant Thomas Zberkot?

$ __500,000__

Please sign and date the Verdict Form and report to the Court Clerk that you have completed your deliberations.

7/27/18
Date

s/Jury Foreperson
_____
Jury Foreperson