UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN SEALES,

    Plaintiff,

v.

Police Officer, THOMAS ZBERKOT,
in his individual capacity,

    Defendant.

Case No. 4:12-cv-11679
Hon. Gershwin A. Drain

_____/

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | CALVERT A. BAILEY (P42409) |
| JAMES J. HARRINGTON, IV (P65351) | KRYSTAL CRITTENDON (P49981) |
| JAMES S. CRAIG (P52691) | Attorneys for Thomas Zberkot |
| *FIEGER LAW* | *Detroit City Law Department* |
| Attorneys for Plaintiff | 2 Woodward Avenue, Suite 500 |
| 19390 W. Ten Mile Rd. | Detroit, MI 48226-3491 |
| Southfield, Michigan 48075 | (313) 224-4550; Fax (313) 224-5505 |
| (248) 355-5555; Fax (248)355- 5148 | critk@detroitmi.gov |
| j.harrington@fiegerlaw.com | bailc@detroitmi.gov |
| j.craig@fiegerlaw.com | |

_____/

## JUDGMENT IN A CIVIL CASE

    This action having come before the Court and jury, and the Court having conducted a full trial on the merits, including the giving of opening and closing statements, calling witnesses, admitting exhibits, and all other indicia of a trial, and the Court having provided a verdict form to the Jury, and the Jury having found unanimously in favor of Plaintiff as shown by the verdict form filed 07/27/2018 (Doc #152) and the Court being otherwise fully advised in the premises;

    The total verdict was in favor of Plaintiff against Defendant in the amount of $3,500,000 broken down as follows:

42 U.S.C. § 1983 – Compensatory Damages      $750,000.00

42 U.S.C. § 1983 – Punitive Damages      $1,500,000.00

False Imprisonment Under State Law Damages      $500,000.00

False Arrest Under State Law Damages      $250,000.00

Gross Negligence Under State Law Damages      $500,000.00

IT IS ORDERED AND ADJUDGED that JUDGMENT be and the same is hereby ordered in favor of the Plaintiff in the amount of **$3,500,000.00** - Total Judgment as of August 7, 2018.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of determining the amount of attorney fees and costs pursuant to 42 U.S.C 1988, costs pursuant to Fed. R. Civ. P. 54(d)(1), sanctions and prejudgment interest and post judgment interest.

**IT IS FURTHER ORDERED** that post judgment interest from the date of entry of this judgment shall be computed daily to the date of payment and shall accrue at the legal rate and shall be compounded annually pursuant to 28 U.S.C. § 1961.

SO ORDERED.

_____
GERSHWIN A. DRAIN
United States District Judge

Dated: August 8, 2018

{00591437.DOCX}