UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN SEALES,

                Plaintiff,

                                             Case No.: 4:12-cv-11679

v.                                       Honorable Gershwin A. Drain

Police Officer, THOMAS
ZBERKOT, in his individual
capacity,

                Defendant.

_____/

**JUDGMENT IN A CIVIL CASE**

This action having come before the Court and jury, and the Court having conducted a full trial on the merits, including the giving of opening and closing statements, calling witnesses, admitting exhibits, and all other indicia of a trial, and the Court having provided a verdict form to the Jury, and the Jury having found unanimously in favor of Plaintiff as shown by the verdict form filed 07/27/2018 (Doc #152) and the Court being otherwise fully advised in the premises;

The total verdict was in favor of Plaintiff against Defendant in the amount of $3,500,000 broken down as follows:

42 U.S.C. § 1983 – Compensatory Damages……….$750,000.00

42 U.S.C. § 1983 – Punitive Damages…………….$1,500,000.00

False Imprisonment Under State Law Damages…….$500,000.00

False Arrest Under State Law Damages……………. $250,000.00

Gross Negligence Under State Law Damages……….$500,000.00

IT IS ORDERED AND ADJUDGED that JUDGMENT be and the same is hereby ordered in favor of the Plaintiff in the amount of **$3,500,000.00** - Total Judgment as of August 7, 2018.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of determining the amount of attorney fees and costs pursuant to 42 U.S.C 1988, costs pursuant to Fed. R. Civ. P. 54(d)(1), sanctions and prejudgment interest and post judgment interest.

**IT IS FURTHER ORDERED** that post judgment interest from the date of entry of this judgment shall be computed daily to the date of payment and shall accrue at the legal rate and shall be compounded annually pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated:  September 5, 2018                          /s/Gershwin A. Drain
                                                 GERSHWIN A. DRAIN
                                                 United States District Judge

## CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 5, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Case Manager