UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN SEALES,

                                         Case No.: 12-11679

v.                                       Honorable Gershwin A. Drain

THOMAS ZBERKOT,

                   Defendant.

_____/

## AMENDED JUDGMENT

      This action having come before the Court and jury, and the Court having conducted a full trial on the merits, including the giving of opening and closing statements, calling witnesses, admitting exhibits, and all other indicia of a trial, and the Court having provided a verdict form to the Jury, and the Jury having found unanimously in favor of Plaintiff as shown by the verdict form filed 07/27/2018 (Doc #152). The total verdict was in favor of Plaintiff against Defendant in the amount of $3,500,000 broken down as follows:

      42 U.S.C. § 1983 – Compensatory Damages……….$750,000.00
      42 U.S.C. § 1983 – Punitive Damages……………$1,500,000.00
      False Imprisonment Under State Law Damages…….$500,000.00
      False Arrest Under State Law Damages……………. $250,000.00
      Gross Negligence Under State Law Damages……….$500,000.00

**IT IS ORDERED and ADJUDGED** pursuant to the Order entered on this date, that the jury's punitive damages awarded is REMITTED to **$750,000.00**.

**IT IS FURTHER ORDERED and ADJUDGED** that the AMENDED JUDGMENT HEREIN is in favor of the Plaintiff in the amount of **$2,750,000.00.**

**IT IS FURTHER ORDERED and ADJUDGED** that post judgment interest from the date of entry of this judgment shall be computed daily to the date of payment and shall accrue at the legal rate and shall be compounded annually pursuant to 28 U.S.C. § 1961.

IT IS FURTHER ORDERED and ADJUDGED that Plaintiff Defendant shall pay Plaintiff attorneys' fees in the amount of **$160,075.00**.

SO ORDERED.

Dated:       April 19, 2019

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 19, 2019, by electronic and/or ordinary mail.

s/Teresa McGovern
Case Manager