UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN SEALES,

       Plaintiff,                            USDC No.    4:12-cv-11679

v                                               Hon. Gershwin A. Drain

CITY OF DETROIT, a Municipal
Corporation; and Police Officer
THOMAS ZBERKOT, individually and
in his official capacity; and COUNTY
OF WAYNE, a Municipal Corporation,

       Defendants.

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) <br> JAMES J. HARRINGTON, IV (P65351) <br> JAMES S. CRAIG (P52691) <br> FIEGER LAW <br> Attorneys for Plaintiff <br> 19390 W. Ten Mile Rd. <br> Southfield, MI  48075 <br> (248) 355-5555 <br> jharrington@fiegerlaw.com <br> j.craig@fiegerlaw.com | CALVERT A. BAILEY (P42409) <br> KRYSTAL A. CRITTENDON (P49981) <br> Attorneys for Police Officer <br> Thomas Zberkot, Only <br> City of Detroit Law Department <br> 2 Woodward Avenue, Suite 500 <br> Detroit, MI 48226-3491 <br> (313) 224-4550 <br> bailc@detroitmi.gov <br> critk@detroitmi.gov <br><br> MARY MASSARON (P43885) <br> JOSEPHINE A. DELORENZO (P72170) <br> PLUNKETT COONEY <br> Co-Counsel for Police Officer <br> Thomas Zberkot, Only <br> 38505 Woodward Avenue, Suite 100 <br> Bloomfield Hills, MI  48304 <br> (313) 983-4801 <br> mmassaron@plunkettcooney.com <br> jdelorenzo@plunkettcooney.com |

**NOTICE OF APPEAL**

## **NOTICE OF APPEAL**

Notice is hereby given that Defendant, Thomas Zberkot, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment in a Civil Case [#169], entered on September 5, 2018; and the Order Denying Defendant's Motion for Judgment as a Matter of Law [#171, #172], Denying Motion for New Trial [#185], Granting Motion for Remittitur [#186] and Granting in Part Motion to Amend Judgment [#177] [#200], and Amended Judgment [#201], entered on April 19, 2019, and from all adverse orders and rulings in this matter.

                           Respectfully submitted,

                           PLUNKETT COONEY

BY:   */s/Mary Massaron*
MARY MASSARON (P43885)
JOSEPHINE A. DELORENZO (P72170)
Co-Counsel for Defendant, Police Officer Thomas Zberkot, Only
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
(313) 983-4419
mmassaron@plunkettcooney.com

DATED:  May 14, 2019

## CERTIFICATE OF SERVICE

     Mary Massaron, attorney with the law firm of PLUNKETT COONEY, being first duly sworn, deposes and says that on the 14th day of May, 2019, she caused a copy of this document to be served upon all parties of record, that such service was made electronically upon each counsel of record so registered with the United States District Court for the Eastern District of Michigan, and via U.S. Mail to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the U.S. Mail.

                              Respectfully submitted,

                              PLUNKETT COONEY

BY:   */s/Mary Massaron*
        MARY MASSARON (P43885)
        JOSEPHINE A. DELORENZO (P72170)
        Co-Counsel for Defendant,
        Police Officer Thomas Zberkot, Only
        38505 Woodward Ave., Suite 100
        Bloomfield Hills, MI  48304
        (313) 983-4419
        mmassaron@plunkettcooney.com

Open.00396.82868.22122419-1