# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 08, 2020

Mr. David J. Weaver
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

      Re: Case No. 19-1555, *Marvin Seales v. Thomas Zberkot*
         Originating Case No. : 4:12-cv-11679

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Maddison R Edelbrock
                For Antoinette Macon

cc: Ms. Stephanie Lee Arndt
   Ms. Mary Massaron

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-1555

_____

Filed: July 08, 2020

MARVIN SEALES

    Plaintiff - Appellee

v.

CITY OF DETROIT, MI; WAYNE COUNTY

    Defendants

and

DETROIT POLICE OFFICER THOMAS ZBERKOT

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 05/13/2020 the mandate for this case hereby issues today.

COSTS: None